Steven D. Leach, Bar #011584
Ravi V. Patel, Bar #030184
JONES, SKELTON & HOCHULI, P.L.C.
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-1700
Fax: (602) 200-7873
sleach@jshfirm.com
rpatel@jshfirm.com

Attorneys for Defendant Mediaport, LLC,
dba Arizona Jewish Life

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Bernabe Andre Gomez,<br><br>    Plaintiff,<br><br>v.<br><br>Mediaport, LLC, dba Arizona Jewish Life,<br><br>    Defendant. | NO.<br><br>**Notice of Removal** |

Defendant MediaPort LLC, dba Arizona Jewish Life, has been served a copy of Plaintiff's Amended Complaint and hereby notice removal of the above-captioned case, in the Superior Court for the State of Arizona, in the County of Maricopa, Case No. CV2016-055017, from the Superior Court of Arizona, in the County of Maricopa, to this Court and in support thereof asserts:

This Court has jurisdiction pursuant to 28 U.S.C. §1331. This action may be removed pursuant to 28 U.S.C. 1441(a) because Plaintiff has asserted a cause of action for overtime wages under the Fair Labor Standards Act, 29 U.S.C. §201, *et seq.* This Court also has supplemental jurisdiction of the state law claims asserted since they are closely related to the federal claims asserted. 28 U.S.C. § 1367.

On or about December 14, 2016, Plaintiff filed a State Court Complaint against Defendant MediaPort LLC, dba Arizona Jewish Life, in the Superior Court of

5664863.1

Arizona, in the County of Maricopa, Case No. CV2016-055017, under the caption <u>Bernabe Andre Gomez v. MediaPort LLC, dba Arizona Jewish Life</u>. Plaintiff's original complaint only asserted state law claims. On March 1, 2017, Plaintiff amended the complaint, *inter alia*, asserting, for the first time, claims for overtime pay under the Fair Labor Standards Act, 29 U.S.C. 201, *et seq.* A copy of the First Amended Complaint is attached as **Exhibit A**.

Defendant MediaPort LLC, was served with a copy of the Amended Complaint on March 1, 2017.

This Notice of Removal is being filed within 30 days after initial receipt of the First Amended Complaint, which is the first pleading alleging federal claims, for all Defendants and is therefore timely filed under 28 U.S.C. §1446(b).

Copies of all remaining pleadings currently on file with the Maricopa County Superior Court are attached as **Exhibit B**.

A Notice of Filing Notice of Removal, a true and correct copy of which is attached as **Exhibit C**, has been filed in the Superior Court for the State of Arizona, in the County of Maricopa, Case No. CV2016-055017, on behalf of Defendant MediaPort LCC, dba Arizona Jewish Life.

DATED this 15th day of March, 2017.

JONES, SKELTON & HOCHULI, P.L.C.


By: /s/ Ravi V. Patel
Steven D. Leach
Ravi V. Patel
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004
Attorneys for Defendant Mediaport, LLC,
dba Arizona Jewish Life

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of March, 2017, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on the following counsel of record via the Court's CM/ECF system.

Guy D. Knoller
Law Offices of Guy David Knoller
7321 North 16th Street
Phoenix, Arizona 85020
Attorneys for Plaintiff

/s/ Mary Creed

5664863.1

3