# <u>INDEX</u>

A.    First Amended Complaint

B.    State Court Pleadings

C.    State Court Notice of Removal

**EXHIBIT A**

1
2
3
4
5
6

Guy D. Knoller - #002803
Law Offices of Guy David Knoller, P.L.L.C.
7321 North 16th Street
Phoenix, Arizona 85020
(602) 254-6044
E-Mail: guydknoller@gmail.com


Attorney for Plaintiff

7
8
9

**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

**IN AND FOR THE COUNTY OF MARICOPA**

| | |
|---|---|
| BERNABE ANDRE GOMEZ <br><br>         Plaintiff, <br><br>    vs. <br><br><br> MEDIAPORT, LLC, dba ARIZONA JEWISH LIFE <br><br>       Defendants. | No.   CV2016-055017 <br><br> **FIRST AMENDED COMPLAINT** <br><br> **(Demand for Jury Trial)** |

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Plaintiff alleges:

**FIRST CLAIM FOR RELIEF**
(Breach of Contract)

1.      Plaintiff is a resident of Maricopa County, Arizona.

2.      Defendant is an Oregon company qualified to do business in Arizona and has its principal place of business in Maricopa County, Arizona.

3.       Plaintiff was employed by Defendant from for approximately 10 months ending on or about November 25, 2016.

4.      Plaintiff was a salesperson for Defendant.

5.     There existed a compensation agreement between Plaintiff and Defendant whereby Plaintiff was to receive until December 2016 a monthly salary of $1500 and a commission on all sales of 15%.

6.     The compensation agreement provided that starting in December 2016 Plaintiff would no longer receive a salary, but would earn a commission of 25% of sales.

7.      Defendant has wrongfully and falsely taken the position that Plaintiff has been paid everything to which he was entitled.

8.     Plaintiff obtained contracts payable monthly for the next year totaling approximately $80,000 for which Plaintiff would be entitled to 25% or $20,000.00.

9.     Defendant is in breach of the sales commission agreement with Plaintiff.

10.     Plaintiff has been and will be damaged by Defendant's breach of contract.

11.      A.R.S. §12-341 provides for an award of attorneys' fees and costs.

WHEREFORE Plaintiff requests:

1.     Judgment for all commissions due;

2.     For an order that the remaining commissions be paid when due;

3.     For reasonable attorneys' fees and costs incurred herein; and,

4.     For such other relief this court deems appropriate.

## SECOND CLAIM FOR RELIEF
(Non-Payment of Overtime)

1.     The preceding allegations of the First Amended Complaint are incorporated by reference herein.

2

2.      During the time Plaintiff worked he worked more than 40 hours in a week but did not receive overtime pay, or any pay for that time, at the rate of time and one-half in violation of the Fair Labor Standards Act, 29 U.S.C. §206.

3.      The overtime hours for which Plaintiff was not compensated and for which he was entitled to receive time and one-half are as follows:    (a)  1  hour  attendance  at weekly sales meetings; (b) 2 days/month usually around mid-month 4-6 hours to review magazine  proofs  (10  hours  monthly);  (c)  various  events  attended—Dolphinanis  grand opening Dec. 19, 5pm-11pm (6 hours), ADL dinner  6pm to 11pm (5 hours), Now Gen Women in Power September 29 6pm to 10pm (4 hours), JNF Breakfast March 29 6am to 9am (3 hours), Diamondbacks Jewish day August 28 9am to 6pm (9 hours),Circus at Talking Sticks June 23 5pm to 10pm (5 hours), Tom Ha'atzmauf at JCC May 15 9am to 5pm (8 hours),Sales Dinner July 6pm to 11pm (5 hours), and Saguaro Scottsdale re-Grand opening Nov. 4 6pm to 10pm (4 hours).

4.      Plaintiff was also asked to re-work and audit videos he made for a total of 5 videos for a total of 150 hours outside his normal workweek.

5.      Plaintiff also worked an additional 8 hours per week overtime in addition to that stated above.

6.      Defendant failed to keep time records as required by the FLSA.

7.      Defendant's violation of the FLSA was willful.

8.      Plaintiff was not exempt under the FLSA.

9.      Plaintiff is entitled to mandatory attorneys fees and costs under the FLSA.

10.      Plaintiff is entitled to liquidated damages under the FLSA.

WHEREFORE Plaintiff requests:

1.     For damages in an amount to be determined at trial;

2.     For reasonable attorneys fees and costs which are mandated for Plaintiff under the FLSA;

3.     For liquidated damages under the FLSA (double the amount of actual damages found due); and,

4.     For such other relief as this Court deems appropriate.

Respectfully submitted this 1st day of March, 2017.


/s/ Guy D. Knoller
Guy D. Knoller
Attorney for Plaintiff

ORIGINAL filed this 1st day of
March, 2017 with:

Clerk of Superior Court

And a copy of the foregoing emailed to:

Steven Leach
Jones, Skelton and Hoculi
Attorneys for Defendant
sleach@jshfirm.com


/s/ Debbie A. Wallen
Debbie A. Wallen

**EXHIBIT B**

**In the Superior Court of the State of Arizona
In and For the County of** Maricopa

Case Number CV2016-055017

**CIVIL COVER SHEET- NEW FILING ONLY**
(Please Type or Print)

Plaintiff's Attorney Guy D. Knoller

Attorney Bar Number 002803

Is Interpreter Needed?  ☐ Yes  ☒ No
If yes, what language:
DEC 14 2016   FILED 9:35 AM
MICHAEL K. JEANES, Clerk
By B. Colwell
B. Colwell, Deputy

Plaintiff's Name(s): (List all)   Plaintiff's Address:   Phone #:   Email Address:
Bernabe Andre Gomez c/o Counsel, 7321 North 16th Street, Phoenix, Arizona 85020 602-254-6044 guydknoller@gmail.com

(List additional plaintiffs on page two and/or attach a separate sheet).

Defendant's Name(s): (List All)   Mediaport, LLC, dba Arizona Jewish Life

(List additional defendants on page two and/or attach a separate sheet)

EMERGENCY ORDER SOUGHT:   ☐ Temporary Restraining Order   ☐ Provisional Remedy   ☐ OSC

☐ Election Challenge   ☐ Employer Sanction   ☐ Other _____
(Specify)

☐ RULE 8(i) COMPLEX LITIGATION APPLIES. Rule 8(i) of the Rules of Civil Procedure defines a "Complex Case" as civil actions that require continuous judicial management. A typical case involves a large number of witnesses, a substantial amount of documentary evidence, and a large number of separately represented parties.

(Mark appropriate box on page two as to complexity, **in addition** to the Nature of Action case category.)

☐ THIS CASE IS ELIGIBLE FOR THE COMMERCIAL COURT UNDER EXPERIMENTAL RULE 8.1. (Maricopa County only.) Rule 8.1 defines a commercial case and establishes eligibility criteria for the commercial court. Generally, a commercial case primarily involves issues arising from a business contract or business transaction. However, consumer transactions are not eligible. A consumer transaction is one that is primarily for personal, family or household purposes. **Please review Rule 8.1 for a complete list of the criteria.** See http://www.superiorcourt.maricopa.gov/commercial-court/. You must check this box if this is an eligible commercial case. **In addition, mark the appropriate box below in the "Nature of Action" case category.** The words "commercial court assignment requested" must appear in the caption of the original complaint.

## NATURE OF ACTION

(Place an "X" next to the **one** case category that most accurately describes your primary case.)

**100 TORT MOTOR VEHICLE:**

☐101 Non-Death/Personal Injury
☐102 Property Damage
☐103 Wrongful Death

**110 TORT NON-MOTOR VEHICLE:**

☐111 Negligence
☐112 Product Liability – Asbestos
☐112 Product Liability – Tobacco
☐112 Product Liability – Toxic/Other
☐113 Intentional Tort

☐114 Property Damage
☐115 Legal Malpractice
☐115 Malpractice – Other professional
☐117 Premises Liability
☐118 Slander/Libel/Defamation
☐116 Other (Specify) _____

**120 MEDICAL MALPRACTICE:**

☐121 Physician M.D.   ☐123 Hospital
☐122 Physician D.O   ☐124 Other

Case No. _____

## 130 CONTRACTS:

☐ 131 Account (Open or Stated)
☐ 132 Promissory Note
☐ 133 Foreclosure
☐ 138 Buyer-Plaintiff
☐ 139 Fraud
☐ 134 Other Contract (i.e. Breach of Contract)
☐ 135 Excess Proceeds-Sale
☐ Construction Defects (Residential/Commercial)
      ☐ 136 Six to Nineteen Structures
      ☐ 137 Twenty or More Structures

## 150-199 OTHER CIVIL CASE TYPES:

☐ 156 Eminent Domain/Condemnation
☐ 151 Eviction Actions (Forcible and Special Detainers)
☐ 152 Change of Name
☐ 153 Transcript of Judgment
☐ 154 Foreign Judgment
☐ 158 Quiet Title
☐ 160 Forfeiture
☐ 175 Election Challenge
☐ 179 NCC-Employer Sanction Action
    (A.R.S. §23-212)
☐ 180 Injunction against Workplace Harassment
☐ 181 Injunction against Harassment
☐ 182 Civil Penalty
☐ 186 Water Rights (Not General Stream Adjudication)
☐ 187 Real Property
☐ Special Action against Lower Courts
    (See lower court appeal cover sheet in Maricopa)

☐ 194 Immigration Enforcement Challenge
    (§§1-501, 1-502, 11-1051)

## 150-199 UNCLASSIFIED CIVIL:

☐ Administrative Review
    (See lower court appeal cover sheet in Maricopa)
☐ 150 Tax Appeal
    (All other tax matters must be filed in the AZ Tax
    Court)
☐ 155 Declaratory Judgment
☐ 157 Habeas Corpus
☐ 184 Landlord Tenant Dispute- Other
☐ 190 Declaration of Factual Innocence
    (A.R.S. §12-771)
☐ 191 Declaration of Factual Improper Party Status
☐ 193 Vulnerable Adult (A.R.S. §46-451)
☐ 165 Tribal Judgment
☐ 167 Structured Settlement (A.R.S. §12-2901)
☐ 169 Attorney Conservatorships (State Bar)
☐ 170 Unauthorized Practice of Law (State Bar)
☐ 171 Out-of-State Deposition for Foreign Jurisdiction
☐ 172 Secure Attendance of Prisoner
☐ 173 Assurance of Discontinuance
☐ 174 In-State Deposition for Foreign Jurisdiction
☐ 176 Eminent Domain- Light Rail Only
☐ 177 Interpleader- Automobile Only
☐ 178 Delayed Birth Certificate (A.R.S. §36-333.03)
☐ 183 Employment Dispute- Discrimination
☐ 185 Employment Dispute-Other
☐ 195(a) Amendment of Marriage License
☐ 195(b) Amendment of Birth Certificate
☒ 163 Other Non-Payment of Commissions _____
          (Specify)

## COMPLEXITY OF THE CASE

If you marked the box on page one indicating that Complex Litigation applies, place an "X" in the box of no less than one of the following:

☐ Antitrust/Trade Regulation
☐ Construction Defect with many parties or structures
☐ Mass Tort
☐ Securities Litigation with many parties
☐ Environmental Toxic Tort with many parties
☐ Class Action Claims
☐ Insurance Coverage Claims arising from the above-listed case types
☐ A Complex Case as defined by Rule 8(i) ARCP

**Additional Plaintiff(s)**

_____

_____

**Additional Defendant(s)**

_____

_____

©Superior Court of Arizona in Maricopa County      Page 2 of 2      CV10f - 010116
ALL RIGHTS RESERVED

1

Guy D. Knoller - #002803
Law Offices of Guy David Knoller, P.L.L.C.
7321 North 16th Street
Phoenix, Arizona 85020
(602) 254-6044
E-Mail: guydknoller@gmail.com

*COPY*

DEC 14 2016

MICHAEL K. JEANES, CLERK
B. COLWELL
DEPUTY CLERK

2

3

4

5

6

Attorney for Plaintiff

7

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

8

## IN AND FOR THE COUNTY OF MARICOPA

9

| | |
|---|---|
| 10 BERNABE ANDRE GOMEZ | No.  CV2016-055017 |
| 11 | **COMPLAINT** |
| 12 Plaintiff, | |
| 13 vs. | **(Demand for Jury Trial)** |
| 14 | |
| 15 MEDIAPORT, LLC, dba ARIZONA JEWISH LIFE | |
| 16 Defendants. | |
| 17 | |

18

Plaintiff alleges:

19

1.      Plaintiff is a resident of Maricopa County, Arizona.

20

21

2.      Defendant is an Oregon company qualified to do business in Arizona and

22

has its principal place of business in Maricopa County, Arizona.

23

3.      Plaintiff was employed by Defendant from for approximately 10 months

24

25

ending on or about November 25, 2016.

26

4.      Plaintiff was a salesperson for Defendant.

27

5.      There existed a compensation agreement between Plaintiff and Defendant

28

whereby Plaintiff was to receive until December 2016 a monthly salary of $1500 and a

commission on all sales of 15%.

6.    The compensation agreement provided that starting in December 2016 Plaintiff would no longer receive a salary, but would earn a commission of 25% of sales.

7.    Defendant has wrongfully and falsely taken the position that Plaintiff has been paid everything to which he was entitled, in contravention of A.R.S. Sec. 44-1798.02.

8.    Plaintiff obtained contracts payable monthly for the next year totaling approximately $80,000 for which Plaintiff would be entitled to 25% or $20,000.00.

9.    Defendant is in breach of the sales commission agreement with Plaintiff.

10.    Plaintiff has been and will be damaged by Defendant's breach of contract.

11.    A.R.S. §§44-1798.02 and 12-341 provide for an award of attorneys' fees and costs.

12. A.R.S. §44-1798.02 C provides for an award of treble damages.

WHEREFORE Plaintiff requests:

1.    Judgment for all commissions due;

2.    For an order that the remaining commissions be paid when due;

3.    For reasonable attorneys' fees and costs incurred herein; and,

4.    For such other relief this court deems appropriate.

DATED this 9th day of December 2016.


Guy D. Knoller
Attorney for Plaintiff

2

1  Guy D. Knoller - #002803
   Law Offices of Guy David Knoller, P.L.L.C.
2  7321 North 16th Street
3  Phoenix, Arizona 85020
   (602) 254-6044
4  E-Mail: guydknoller@gmail.com



5

6  Attorney for Plaintiff

7          IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

8              IN AND FOR THE COUNTY OF MARICOPA

9

10  | BERNABE ANDRE GOMEZ | No.   CV2016-055017 |
    |---|---|
11  |  | **CERTIFICATE REGARDING** |
12  | Plaintiff, | **COMPULSORY ARBITRATION** |
13  | vs. | |
14  | | |
15  | MEDIAPORT, LLC, dba ARIZONA | |
    | JEWISH LIFE | |
16  | | |
17  | Defendants. | |

18      The undersigned certifies that the largest award sought by the complainant,

19  including punitive damages, but excluding interest, attorneys' fees, and costs does

20
21  exceed the limits set by Local Rule for compulsory arbitration.  This case is not subject to

22  Uniform Rules of Procedure for Arbitration.

23      DATED this 13th day of December 2016.

24

25

26

27                                         Guy D. Knoller
                                           Attorney for Plaintiff
28

KV
12-15-16
1:01pm

1   Guy D. Knoller - #002803
    Law Offices of Guy David Knoller, P.L.L.C.
2   7321 North 16th Street
3   Phoenix, Arizona 85020
    (602) 254-6044
4   E-Mail: guydknoller@gmail.com

5

6   Attorney for Plaintiff

7       IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

8           IN AND FOR THE COUNTY OF MARICOPA

9

10  BERNABE ANDRE GOMEZ,          No.   CV2016-055017

11                                SUMMONS
            Plaintiff,
12

13  vs.

14                                *If you would like legal advice from a lawyer,*
                                  *Contact the Lawyer Referral Service at*
15  MEDIAPORT, LLC dba ARIZONA              *602-257-4434*
    JEWISH LIFE                              *or*
16                                *www.maricopalawyers.org*
            Defendants.          *Sponsored by the*
17                                *Maricopa County Bar Association*

18  THE STATE OF ARIZONA TO THE DEFENDANT:

19
                Mediaport, LLC dba Arizona Jewish Life
20              c/o CT Corporation System, Statutory Agent
21              3800 N. Central Avenue, Suite 460
                Phoenix, AZ 85012
22

23      YOU ARE HEREBY SUMMONED and required to appear and defend, within the

24
    time applicable, in this action in this Court.  If served within Arizona, you shall appear
25
26  and defend within 20 days after the service of the Summons and Complaint upon you,

27  exclusive of the day of service.  If served out of the State of Arizona -- whether by direct

28
    service, by registered or certified mail, or by publication -- you shall appear and

1   defend within 30 days after the service of the Summons and Complaint upon you is

2   complete, exclusive of the day of service. Where process is served upon the Arizona

3
    Director of Insurance as an insurer's attorney to receive service of legal process against it
4
5   in this state, the insurer shall not be required to appear, answer or plead until expiration of

6   40 days after date of such service upon the Director. Service by registered or certified

7   mail without the State of Arizona is complete 30 days after the date of filing the receipt

8
9   and affidavit of service with the Court. Service by publication is complete 30 days after

10  the date of first publication. Direct service is complete when made. Service upon the

11  Arizona Motor Vehicle Superintendent is complete 30 days after filing the Affidavit of

12
    Compliance and return receipt or Officer's Return. RCP 4; ARIZ. REV. STAT. ANN. §§
13
14  20-222, 28-502, 28-503.

15      YOU ARE HEREBY NOTIFIED that in case of your failure to appear and defend

16  within the time applicable, judgment by default may be rendered against you for the relief
17
18  demanded in the Complaint.

19      Requests for reasonable accommodation for persons with disabilities must be

20  made to the division assigned to the case by parties at least 3 judicial days in advance of a
21
22  scheduled court proceeding.

23      YOU ARE CAUTIONED that in order to appear and defend, you must file an

24  Answer or proper response in writing with the Clerk of this Court, accompanied by the

25
    necessary filing fee, within the time required, and you are required to serve a copy of any
26
27  Answer or response upon the Plaintiff's attorney. RCP 10(d); ARIZ. REV. STAT. ANN.

28  § 12-311; RCP 5.

2

The name and address of plaintiff's attorney is:

Guy D. Knoller
7321 N. 16th Street
Phoenix, Arizona 85020
(602) 254-6044

SIGNED AND SEALED this date:_____

_____
· Clerk

DEC 1 4 2016

MICHAEL K. JEANES, CLERK
B. COLWELL
DEPUTY CLERK

_____
Deputy Clerk

3

Col. John T's Process and Legal Support
4132 N. 12th Street
Phoenix, AZ 85014
(602) 230-1540

MICHAEL K. JEANES, CLERK
BY _____ DEP

FILED

16 DEC 19  PM 3: 10

# ORIGINAL

**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA**

Bernabe Andre Gomez
                              Plaintiff,

vs.

Mediaport, LLC dba Arizona Jewish Life
                              Defendant.

Case Number: CV2016-055017

**Certificate of Service**

Received by COL. JOHN T's Process and Legal Support on the 14th day of December, 2016 at 6:27 pm to be served on **Mediaport LLC dba Arizona Jewish Life, 3800 N. Central Avenue, Suite 460, Phoenix, AZ 85012.**

I, Karla Viernes, do hereby affirm that on the **15th day of December, 2016 at 1:01 pm, I:**

served a true copy of the Summons, Complaint, Certificate of Compulsory Arbitration with the date and hour of service endorsed thereon by me to C. T. CORPORATION, as STATUTORY AGENT and received by their designated agent, Angela Ramirez, for acceptance of service of process and informing said person of the contents therein.

**Service Fee Items:**
| | |
|---|---|
| Service Fee (Local) | $47.00 |
| Certificate Preparation | $8.00 |
| Total | $55.00 |

THE UNDERSIGNED is a Certified Process Server and a Registered Officer of Superior Court and, as such, is fully authorized to serve process under the laws of the state of Arizona. The undersigned stated this authorization to the party served and also stated the nature of the papers being served. I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

*Karla Viernes*
**Karla Viernes**
Maricopa County #7537

**COL. JOHN T's Process and Legal Support
4132 N. 12th St.
Phoenix, AZ 85014
(602) 230-1540**

Our Job Serial Number: JTQ-2016000434

Copyright © 1992-2016 Database Services, Inc. - Process Server's Toolbox V7.1e

Michael K Jeanes, Clerk of Court
*** Electronically Filed ***
T. Hays, Deputy
1/6/2017 4:23:00 PM
Filing ID 7999868

Person Filing: Guy D. Knoller
Address (if not protected): 7321 N. 16th Street
City, State, Zip Code: Phoenix, AZ  85020
Telephone: 602-254-6044
Email Address: guydknoller@gmail.com
Lawyer's Bar Number: 002803

Representing ☐ Self, without a Lawyer   or   ☒ Attorney for   ☒ Petitioner   OR   ☐ Respondent

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

Bernabe Andre Gomez
Name of Plaintiff

Case Number: CV2016-055017

**APPLICATION and AFFIDAVIT**
**For DEFAULT**
**(Civil Cases Only)**

Mediaport, LLC dba Arizona Jewish Life
Name of Defendant

---

**NOTICE: This is an important Court Document**. Properly complete and file this Application and Affidavit. Filing of this Application constitutes "Entry" of Default. The Default is effective ten **(10)** working days after you file this completed Application, unless the Defendant files an Answer/Response or otherwise defends before the ten working day period expires.

---

## APPLICATION FACTS:

1.   **IDENTIFICATION of PARTIES:**

☒   **I am the Plaintiff** in this court case. I understand and make the following statements under oath or by affirmation. I give notice that I am applying for default against the other party, the Defendant, because the Defendant has **not** filed an Answer/Response.

☒   I am seeking a default against, Defendant, Mediaport, LLC dba Arizona Jewish Life _____, in this case.                                                                                                (name of defendant)

(Check all that apply)

☒   Defendant has not filed an Answer/Response, and has failed to appear, or defend within the time allowed by A.R.C.P Rule 55.
☒   Defendant is not in the active military service of the United States, or has otherwise waived his/her rights under the Service Members Civil Relief Act (formerly "Soldiers and Sailor's Civil Relief Act").
☒   Defendant is not a minor and is not incompetent.
☒   Defendant's current mailing address is: 5615 W. Acoma Drive, Glendale, AZ  85306

☐   I do not know Defendant's current address, or the Defendant's whereabouts.

---

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED                                    Page 1 of 3

GN61f - 010117

Case No. _CV2016-055017_

**2.      IDENTIFICATION of PARTIES' ATTORNEYS:**
(Check One)

☐    I have no attorney.
☐    I am represented by an attorney whose name and address is:

_____

(Check One)

☒    Defendant is not represented by an attorney that I know of.
☐    Defendant is represented by an attorney whose name and address is:

_____

☐    I do not know the identity and address of the attorney known to represent the Defendant in this action or a related action.

**3.      PROOF OF SERVICE:** I served Defendant as follows:
(Check One)

☐    Defendant signed an **"Acceptance of Service"** form, and accepted service of the **"Summons"**, **"Complaint"**, and other papers.

    ☐    I attached the **"Acceptance of Service"** form to this Application as proof of service.

☒    I served the Defendant by process server, alternative service, or by publication, with the **"Summons", "Complaint"**, and other papers.

    ☒    I attached the proof of service to this Application.

**4.      NOTICE:**
(Check all that apply)

☒    **To the Defendant**

    ☒    I know the Defendant's address, and mailed a copy of the **"Application and Affidavit for Default"** to his/her last known address giving NOTICE of default; even if the Defendant is represented by an attorney who has entered an appearance in this action.

    ☐    I have not mailed a copy of this **"Application and Affidavit"** to the Defendant because I do not know Defendant's address or whereabouts, and I do not believe the Defendant is represented by an attorney. (You can only check this box, if you served the Defendant by publication.)

☐    **To the Attorney of the Defendant:** I mailed a copy of the **"Application and Affidavit"** to Defendant's attorney, giving NOTICE of Default whether or not the attorney has formally appeared in this action.

☐    **To Other Parties (if applicable):** I mailed a copy of the **"Application and Affidavit"** to all other parties who have appeared in this action, which gives the parties NOTICE of default.

☒    **Time of Notice:** I mailed a copy of this **"Application and Affidavit"** to the Defendant on the date that I filed this Application, or as soon as practicable after its filing, thus giving NOTICE. Please see the Affidavit and Certificate of Mailing or Delivery at the bottom of this form.

Case No. CV2016-055017 _____

## APPLICATION REQUEST:

1.  I file this Application and Affidavit to give notice to all parties in this action, and the Court, that I am beginning default proceedings against the named Defendant, who has failed to answer, plead, or otherwise defend this action.
2.  With this document, I apply for Entry of Default. I understand my filing of this document at the Office of the Clerk of the Superior Court constitutes "Entry of Default."

## AFFIDAVIT:

I, __Guy D. Knoller, Attorney for_____, the Plaintiff in this action, hereby swear or affirm that:

☒  __Mediaport, LLC dba Arizona Jewish Life_____ is the Defendant in this action.

☒  I served the Summons, Complaint, and other court documents to the above-named Defendant according to law.

☒  Defendant is the party against whom I seek a judgment for affirmative relief.

☒  Defendant has failed to answer, plead or otherwise defend in this action.

☒  I filed this Application and Affidavit for Default on __January 6, 2017__ (date) which constitutes the official Entry of Default.

**This Affidavit is executed in support of the above Application for Entry of Default.**

_____          __1-6-17_____
Plaintiff Signature                                      Date

STATE OF __Arizona_____
COUNTY OF __Maricopa_____

Subscribed and sworn to or affirmed before me this: __January 6, 2017__ by
__Guy D. Knoller Atty for Plaintiff__ (date)

__Deborah A. Wallen_____
(notary seal)                                      Deputy Clerk or Notary Public

> DEBORAH A WALLEN
> NOTARY PUBLIC, ARIZONA
> MARICOPA COUNTY
> My Commission Expires
> September 17, 2018

**CERTIFICATE OF MAILING:** On (date) __January 6__ 20__17__, a copy of this Application and Affidavit for Default was mailed, postage-prepaid, to the Defendant at:

☑ current address (as listed below).

__5615 W. Acoma Drive, Glendale, AZ 85306__
(address, city, state)

OR  *(if current address is unknown)*

☐ his/her last known address, as listed below:

_____
(address, city, state)

☐  IF I know the Defendant, who I claim to be in default, is represented by an attorney, I have *also* mailed a copy of this Application and Affidavit to that attorney.

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED                    Page 3 of 3                    GN61f - 010117

1

**BEUS GILBERT** PLLC
ATTORNEYS AT LAW

2

701 NORTH 44TH STREET
PHOENIX, ARIZONA  85008-6504
TELEPHONE (480) 429-3000

3

4

Leo R. Beus/002687

5

Ashley Williams Hale/030233

6

Attorneys for Defendants

7

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

8

## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| 9  BERNABE ANDRE GOMEZ, | Case No.:  CV2016-055017 |
| 10        Plaintiff, | **NOTICE OF APPEARANCE** |
| 11        vs. | (Assigned to the Honorable John Hannah) |
| 12  MEDIAPORT, LLC dba ARIZONA JEWISH LIFE, | |
| 13 | |
| 14        Defendant. | |

15

16        Notice is hereby given that Ashley Williams Hale and the firm of Beus Gilbert

17  PLLC hereby file their notice of appearance with the Court as attorneys for Defendant,

Mediaport, LLC in the above captioned matter.

18        DATED this 6th day of January, 2017.

19                                        **BEUS GILBERT** PLLC

20

21

22        By___*/s/ Ashley Williams Hale*_____
                Leo R. Beus
                Ashley Williams Hale

23                701 North 44th Street
                Phoenix, AZ  85008-6504

24                Attorneys for Defendant

25

BGD-#208161-v2-Notice_of_Appearance.DOCX

1    Original filed with AZ TurboCourt

2    Copies of the foregoing mailed
3    this 6th day of January, 2017 to:

4    Honorable John Hannah
     Judge of the Superior Court
5    Northeast Court-G
     18380 N. 40th Street
6    Phoenix, AZ. 85032

7
     Guy D. Knoller
8    Law Office of Guy David Knoller, P.L.L.C.
     7321 North 16th Street
9    Phoenix, Arizona  85020
     Attorneys for Plaintiff
10

11

12          /s/ Kristen Bosley

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BGD-#208161-v2-Notice_of_Appearance.DOCX

Michael K Jeanes, Clerk of Court
*** Electronically Filed ***
D. Marsh, Deputy
1/10/2017 2:16:34 PM
Filing ID 8007455

**Person Filing: Ashley W Hale**
**Address: Beus Gilbert PLLC**
    **701 N 44th St**
    **Phoenix, AZ 85008**
**Telephone Number: (480) 429-3033**
**Bar Number:   030233, Issuing State AZ**

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

**Gomez Vs. Mediaport L L C**

**CREDIT MEMO**

**Case Number: CV2016-055017**

**Form Set #2051620**

```
RECEIVED FROM:  Ashley W Hale
PAYMENT FOR:    Mediaport, LLC


PAYMENT IS FOR THE FOLLOWING:
     [X]  105 First Appearance Filing Fee


AMOUNT OF DEPOSIT:    $237.00
HOW PAID:
     [X]  EFILED
```

1

**BEUS GILBERT** PLLC
ATTORNEYS AT LAW
701 NORTH 44TH STREET
PHOENIX, ARIZONA 85008-6504
TELEPHONE (480) 429-3000

2

3

4

Leo R. Beus/002687
Ashley Williams Hale/030233

5

6

Attorneys for Defendant

7

**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

8

**IN AND FOR THE COUNTY OF MARICOPA**

| | |
|---|---|
| BERNABE ANDRE GOMEZ, | Case No.: CV2016-055017 |
| Plaintiff, | **MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM PURSUANT TO 12(B)(6)** |
| vs. | |
| MEDIAPORT, LLC dba ARIZONA JEWISH LIFE, | (Oral Argument Requested) |
| Defendant. | (Assigned to the Honorable John Hannah) |

9

10

11

12

13

14

15       Defendant, by and through undersigned counsel, hereby moves this Court to dismiss the

16   above titled action because Plaintiff fails to state a claim upon which relief can be granted.  *See*

17   A.R.C.P. 12(b)(6).

18       Mediaport's Motion is based on the attached Memorandum of Points and Authorities,

19   the papers and pleadings filed in this action, and any oral argument the Court may allow.

**MEMORANDUM OF POINTS AND AUTHORITIES**

20

**I.       INTRODUCTION**

21

22       Plaintiff asserts that he is owed unpaid commissions pursuant to A.R.S. §44-1798.02,

23   treble damages, and attorneys' fees and costs.  However, as discussed more fully below,

24   Plaintiff's cause of action should be dismissed because Plaintiff failed to state a claim upon

25   which relief could be granted.

BGD-#208141-v3-MTD.DOCX

II.    **FACTUAL BACKGROUND**

In his complaint, Plaintiff alleges that he was employed by Defendant until "on or about November 25, 2016." Compl. at ¶3.  He also alleges that he "obtained contracts payable monthly for the next year totaling approximately $80,000.00 for which he would be entitled to 25% or $20,000.00."[1]  Compl. at ¶8.  However, Plaintiff does not allege, nor could he, that he obtained these "contracts payable monthly for the next year" while he was not in the employ of Defendant.

III.    **LEGAL ARGUMENT**

A motion to dismiss for failure to state a claim, upon which relief can be granted, is appropriate where plaintiff would not be entitled to relief under any set of facts susceptible of proof under the pleadings.  *Logan v. Forever Living Prod. Int'l, Inc.*, 203 Ariz. 191, 52 P.3d 760 (2002).  "When testing a motion to dismiss for failure to state a claim, well-pleaded material allegations of the complaint are taken as admitted, but conclusions of law and unwarranted deductions of fact are not." *Aldabbagh v. Dept. of Liquor Licenses*, 162 Ariz. 415, 417, 783 P.2d 1207, 1209 (App. 1989).  A motion to dismiss, thus, tests the formal sufficiency of a claim for relief.  *Moretto v. Samaritan Health System*, 190 Ariz. 343, 947 P.2d 917 (App. 1997).  If the court's factual review reveals that the claimant is not entitled to relief under a legal theory, then dismissal of the action is warranted.  *Maldonado v. Southern Pacific Transp. Co.*, 129 Ariz. 165, 629 P.2d 1001 (App. 1981).

Plaintiff's claim for unpaid commissions pursuant to A.R.S. §44-1798.02 should be dismissed because A.R.S. §44-1798.02 only applies to individuals who are not employed by a company, but who have established a relationship to solicit business on behalf of that company.

---

[1] Evidence in this litigation will actually show that Plaintiff did not obtain contracts totaling $80,000.00.  Additionally, evidence and testimony will establish that Plaintiff's rate of compensation was not 25% straight commission at any point in time, but that it was actually $1500.00 per month and 15% commission throughout the duration of his employment with Defendant.  After employment was terminated, Plaintiff was no longer performing work on behalf of Plaintiff and was not compensated nor did he have an agreement to be compensated.

2

1        Specifically, A.R.S. §44-1798 defines a "sales representative" for the purpose of A.R.S

2    §44-1798.02 as follows:

3        3.    "Sales representative":

4        (a)    Means a person who does both of the following:

5        (i)    Establishes a business relationship with a principal to solicit
         orders for products or services.
6        (ii)    Is compensated, in whole or in part, by commission.

7        (b)    Is **not an employee** or a person who places orders or
         purchases on the person's own account for resale.
8

9    (Emphasis added).

10       According to Plaintiff's complaint he was an <u>employee</u> through "on or about November

11   25, 2016."   Compl. at ¶3.   Although Plaintiff alleges that he "obtained contracts payable

12   monthly for the next year totaling approximately $80,000.00 for which he would be entitled to

13   25% or $20,000.00", he does not allege, nor could he, that those contracts were obtained after

14   he was terminated as an employee in November 26. *See* Compl. at ¶8.

15       A.R.S §44-1798.02 only applies where the Plaintiff is not an employee of the company

16   while he is soliciting orders on behalf of that company.   Since Plaintiff has alleged that he was

17   an employee and has not alleged that the alleged contracts that he secured were secured <u>after</u>

18   he was terminated as an employee, Plaintiff fails to state a claim for which relief can be

19   granted.   Plaintiff's claim must be dismissed.

20   **IV.**    **<u>CONCLUSION</u>**

21       For the foregoing reasons, Defendant respectfully requests that the Court dismiss

22   Plaintiff's complaint.

23       DATED this 10th day of January, 2017.

24           **BEUS GILBERT PLLC**

25       By____*/s/ Ashley Williams Hale*_____
             Leo R. Beus
26           Ashley Williams Hale
             701 North 44th Street
27           Phoenix, AZ  85008-6504
             Attorneys for Defendant
28

3

1    Original filed with AZ TurboCourt

2    Copies of the foregoing mailed
     this 10th day of January, 2017 to:
3
4    Honorable John Hannah
     Judge of the Superior Court
5    Northeast Court-G
     18380 N. 40th Street
6    Phoenix, AZ. 85032

7    Guy D. Knoller
     Law Office of Guy David Knoller, P.L.L.C.
8    7321 North 16th Street
     Phoenix, Arizona  85020
9    Attorneys for Plaintiff

10

11          */s/ Kristen Bosley*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

Michael K. Jeanes, Clerk of Court
*** Electronically Filed ***
01/11/2017 8:00 AM

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2016-055017                                          01/10/2017


                                              CLERK OF THE COURT
HONORABLE JOHN R. HANNAH JR                        W. Tenoever
                                                     Deputy


BERNABE ANDRE GOMEZ                      GUY D KNOLLER

v.

MEDIAPORT L L C                          ASHLEY W HALE


                                         COMM. REES


### ORDER ENTERED BY COURT


    This division has received Plaintiff's e-filed Application/Motion for Default Judgment against Defendant(s) Mediaport, LLC dba Arizona Jewish Life in the above-captioned case.

    IT IS ORDERED that no action will be taken by this division on the above-referenced document(s).

    The parties are advised that commissioners handle Rule 55(b) Default Judgment proceedings and that the default proceedings in this matter are to be heard by Commissioner Rees.

    IT IS ORDERED that all documents necessary to support the entry of a default judgment must be e-filed.

    Pursuant to Supreme Court Administrative Order No. 2010-117, default judgment packets are not permitted to be e-filed. Accordingly, parties are directed to hand-deliver a default coversheet and copies of the necessary filed documents to the commissioner's division for the entry of a default judgment.

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2016-055017                                01/10/2017


IT IS FURTHER ORDERED, no further action will be taken by the assigned commissioner until the necessary filed documents and coversheet are delivered to the division.

The parties/counsel can find the default judgment coversheet on the Court's website at:
http://www.superiorcourt.maricopa.gov/SuperiorCourt/CivilDepartment/forms.asp

The parties/counsel can find additional information in the form of frequently asked questions at:
http://www.superiorcourt.maricopa.gov/SuperiorCourt/CivilDepartment/howDoI.asp

1  Guy D. Knoller - #002803
   Law Offices of Guy David Knoller, P.L.L.C.
2  7321 North 16th Street
   Phoenix, Arizona 85020
3  (602) 254-6044
4  E-Mail: guydknoller@gmail.com

5
   Attorney for Plaintiff
6
7            IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
8                 IN AND FOR THE COUNTY OF MARICOPA
9

| | |
|---|---|
| BERNABE ANDRE GOMEZ | No.  CV2016-055017 |
| Plaintiff, | **MOTION TO AMEND COMPLAINT** |
| vs. | ORAL ARGUMENT REQUESTED |
| MEDIAPORT, LLC, dba ARIZONA JEWISH LIFE | (Assigned to the Honorable John Hannah) |
| Defendants. | |

18       Plaintiff hereby moves pursuant to Rule 15, ARCP, to amend the Complaint to add
19
20  a claim for non-payment of overtime under the Fair Labor Standards Act, and to
21  eliminate certain statutory references in the existing complaint.

22       There will be no legal prejudice to Defendant by allowing this amendment.  Rule
23
24  15, ARCP permits amendments when justice so requires.   It does here and this
25  amendment should be allowed.

26       A copy of the proposed Amended Complaint is included herewith.
27
28

1    Respectfully submitted this 18th day of January, 2017.

2

3                                        /s/ Guy D. Knoller
                                         Guy D. Knoller
4                                        Attorney for Plaintiff

5

6    ORIGINAL filed this 18th day
     of January 2017 with:
7

8    Clerk of Superior Court

9
     And a copy mailed this 18th
10   day of January 2017 to:

11
     Honorable John Hannah
12   Judge of the Superior Court
     Northeast Court-G
13   18380 N. 40th Street
14   Phoenix, AZ  85032

15
     Leo R. Beus
16   Ashley Williams Hale
     Beus Gilbert PLLC
17   701 North 44th Street
     Phoenix, AZ  85008-6504
18   Attorneys for Defendant

19

20   /s/ Debbie A. Wallen
21   Debbie A. Wallen

22

23

24

25

26

27

28

                                   2

# EXHIBIT 1

Guy D. Knoller - #002803
Law Offices of Guy David Knoller, P.L.L.C.
7321 North 16th Street
Phoenix, Arizona 85020
(602) 254-6044
E-Mail: guydknoller@gmail.com

Attorney for Plaintiff

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| BERNABE ANDRE GOMEZ | No. |
| Plaintiff, | **FIRST AMENDED COMPLAINT** |
| vs. | **(Demand for Jury Trial)** |
| MEDIAPORT, LLC, dba ARIZONA JEWISH LIFE | |
| Defendants. | |

Plaintiff alleges:

1.     Plaintiff is a resident of Maricopa County, Arizona.

2.     Defendant is an Oregon company qualified to do business in Arizona and has its principal place of business in Maricopa County, Arizona.

3.     Plaintiff was employed by Defendant from for approximately 10 months ending on or about November 25, 2016.

4.     Plaintiff was a salesperson for Defendant.

5.     There existed a compensation agreement between Plaintiff and Defendant whereby Plaintiff was to receive until December 2016 a monthly salary of $1500 and a

1   commission on all sales of 15%.

2        6.      The compensation agreement provided that starting in December 2016

3   Plaintiff would no longer receive a salary, but would earn a commission of 25% of sales.

4

5        7.      Defendant has wrongfully and falsely taken the position that Plaintiff has

6   been paid everything to which he was entitled. ~~in contravention of A.R.S. Sec. 44-~~

7   ~~1798.02.~~

8

9        8.      Plaintiff obtained contracts payable monthly for the next year totaling

10  approximately $80,000 for which Plaintiff would be entitled to 25% or $20,000.00.

11       9.      Defendant is in breach of the sales commission agreement with Plaintiff.

12

13       10.     Plaintiff has been and will be damaged by Defendant's breach of contract.

14       11.     A.R.S. §§~~44-1798.02  and~~ 12-341 provide for an award of attorneys' fees

15  and costs.

16       ~~12. A.R.S. §44-1798.02 C provides for an award of treble damages.~~

17

18       WHEREFORE Plaintiff requests:

19       1.      Judgment for all commissions due;

20       2.      For an order that the remaining commissions be paid when due;

21

22       3.      For reasonable attorneys' fees and costs incurred herein; and,

23       4.      For such other relief this court deems appropriate.

24       DATED this ~~9th day of December~~ 201~~7~~6.

25

26

27                                          _____
                                             Guy D. Knoller
28                                           Attorney for Plaintiff

2

1  Guy D. Knoller - #002803
   Law Offices of Guy David Knoller, P.L.L.C.
2  7321 North 16th Street
3  Phoenix, Arizona 85020
   (602) 254-6044
4  E-Mail: guydknoller@gmail.com

5

6  Attorney for Plaintiff

7  **IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

8  **IN AND FOR THE COUNTY OF MARICOPA**

9

| | |
|---|---|
| 10  BERNABE ANDRE GOMEZ | No.  CV2016-055017 |
| 11 | |
| 12              Plaintiff, | **PLAINTIFF'S RESPONSE** |
| 13     vs. | **TO MOTION TO DISMISS** |
| 14 | |
| 15  MEDIAPORT,   LLC,   dba   ARIZONA JEWISH LIFE | |
| 16              Defendants. | |
| 17 | |

18      Plaintiff hereby responds to Defendant's Motion to Dismiss. This Response is

19  supported by the following Memorandum.
20
21                          **MEMORANDUM**

22      Defendant's motion is without merit and should be denied. It is a motion under
23
    Rule 12(b)(6), ARCP, for failure to state a claim upon which relief can be granted. Such
24
25  motions are not favored and should not be granted unless the plaintiff would not be
26  entitled to relief under any state of facts susceptible of proof under the claim as stated.
27  *E.g., Corbin v. Pickrell*, 136 Ariz. 589, 667 P.2d 1304 (1983).  All the allegations of fact
28

of the complaint are to be taken as true.  *E.g., Roberts v. Spray,* 71 Ariz. 60, 223 P.2d 808

(1950).

Here, the Complaint alleges that there existed between the Plaintiff and Defendant

a compensation ***agreement*** (Complaint[1]: Pars. 5 & 6); Defendant is in breach of the sales

agreement with Plaintiff (Complaint: par. 9); and, Plaintiff has been and will be damaged

by Defendant's breach of contract (par. 10). Plaintiff also alleged that pursuant to the

contract between the parties, he obtained contracts for which he was and will be due

commissions that have not been paid.

Although reference in the Complaint was made to ARS §44-1798 (upon which

Defendant based its motion to dismiss), the Complaint nevertheless clearly states a

breach of contract claim for relief. The necessary elements of a breach of contact claim

have been set forth. *See, e.g., Contract* 2, *RAJI (Civil)* 5th; *Grahm v. Asbury,* 112 Ariz.

184, 185, 540 P.2d 656, 657 (1975).

Accordingly, because Plaintiff has indeed stated a claim for relief upon which

relief can be granted, Defendant's  Rule 12(b)(6) Motion to Dismiss should be denied.

Alternatively, Plaintiff seeks leave if the Court finds it necessary, to amend the

complaint.

///

---

[1] A copy of the Complaint is attached hereto for the Court.

2

1    Respectfully submitted this 18th day of January, 2017.

2

3                                        /s/ Guy D. Knoller
                                         Guy D. Knoller
4                                        Attorney for Plaintiff

5

6    ORIGINAL filed this 18th day
     of January 2017 with:
7

8    Clerk of Superior Court

9
     And a copy mailed this 18th
10   day of January 2017 to:

11
     Honorable John Hannah
12   Judge of the Superior Court
     Northeast Court-G
13   18380 N. 40th Street
14   Phoenix, AZ  85032

15   Leo R. Beus
     Ashley Williams Hale
16   Beus Gilbert PLLC
     701 North 44th Street
17   Phoenix, AZ  85008-6504
     Attorneys for Defendant
18

19

20   /s/ Debbie A. Wallen
21   Debbie A. Wallen

22

23

24

25

26

27

28

                                         3

# EXHIBIT 1

DEC 14 2016   FILED 9:35 AM
MICHAEL K. JEANES, Clerk
By B. Colwell
B. Colwell, Deputy

PAID
#319 00
Rc# 23626273

1  Guy D. Knoller - #002803
   Law Offices of Guy David Knoller, P.L.L.C.
2  7321 North 16th Street
   Phoenix, Arizona 85020
3  (602) 254-6044
4  E-Mail: guydknoller@gmail.com

5
6  Attorney for Plaintiff

7       IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
8          IN AND FOR THE COUNTY OF MARICOPA

9

| | |
|---|---|
| 10  BERNABE ANDRE GOMEZ | No.   CV2016-055017 |
| 11 | |
| 12        Plaintiff, | **COMPLAINT** |
| 13  vs. | **(Demand for Jury Trial)** |
| 14 | |
| 15  MEDIAPORT,  LLC,  dba  ARIZONA JEWISH LIFE | |
| 16        Defendants. | |
| 17 | |

18      Plaintiff alleges:

19      1.      Plaintiff is a resident of Maricopa County, Arizona.
20
21      2.      Defendant is an Oregon company qualified to do business in Arizona and
22  has its principal place of business in Maricopa County, Arizona.
23      3.      Plaintiff was employed by Defendant from for approximately 10 months
24
25  ending on or about November 25, 2016.
26      4.      Plaintiff was a salesperson for Defendant.
27      5.      There existed a compensation agreement between Plaintiff and Defendant
28
    whereby Plaintiff was to receive until December 2016 a monthly salary of $1500 and a

1    commission on all sales of 15%.

2        6.    The compensation agreement provided that starting in December 2016

3    Plaintiff would no longer receive a salary, but would earn a commission of 25% of sales.

4

5        7.    Defendant has wrongfully and falsely taken the position that Plaintiff has

6    been paid everything to which he was entitled, in contravention of A.R.S. Sec. 44-

7    1798.02.

8

9        8.    Plaintiff obtained contracts payable monthly for the next year totaling

10   approximately $80,000 for which Plaintiff would be entitled to 25% or $20,000.00.

11       9.    Defendant is in breach of the sales commission agreement with Plaintiff.

12

13       10.   Plaintiff has been and will be damaged by Defendant's breach of contract.

14       11.   A.R.S. §§44-1798.02 and 12-341 provide for an award of attorneys' fees

15   and costs.

16       12. A.R.S. §44-1798.02 C provides for an award of treble damages.

17

18       WHEREFORE Plaintiff requests:

19       1.    Judgment for all commissions due;

20       2.    For an order that the remaining commissions be paid when due;

21

22       3.    For reasonable attorneys' fees and costs incurred herein; and,

23       4.    For such other relief this court deems appropriate.

24       DATED this 9th day of December 2016.

25

26

27       _____

28       Guy D. Knoller
         Attorney for Plaintiff

2

Michael K Jeanes, Clerk of Court
*** Electronically Filed ***
M. Cain, Deputy
1/30/2017 12:40:00 PM
Filing ID 8057756

Steven D. Leach, Bar #011584
Ravi V. Patel, Bar #030184
JONES, SKELTON & HOCHULI, P.L.C.
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-7350
Fax: (602) 200-7873
sleach@jshfirm.com
rpatel@jshfirm.com
minuteentries@jshfirm.com

Attorneys for Defendant Mediaport, LLC dba
Arizona Jewish Life

## SUPERIOR COURT OF THE STATE OF ARIZONA

## COUNTY OF MARICOPA

| | |
|---|---|
| BERNABE ANDRE GOMEZ, | NO. CV2016-055017 |
| Plaintiff, | **STIPULATION FOR SUBSTITUTION OF COUNSEL** |
| v. | (Assigned to the Honorable John Hannah) |
| MEDIAPORT, LLC, dba ARIZONA JEWISH LIFE, | |
| Defendant. | |

Undersigned counsel for Defendant Mediaport, LLC dba Arizona Jewish Life, hereby stipulate and agree to substitute Steven D. Leach and Ravi V. Patel of the law firm of Jones, Skelton and Hochuli, P.L.C., in lieu of Leo R. Beus and Ashley Williams Hales of the law firm of Beus Gilbert, PLLC, as counsel of record for Defendant Mediaport, LLC dba Arizona Jewish Life. Effective immediately, please direct all further correspondence and other materials to the following:

Steven D. Leach, Ravi V. Patel, Jones, Skelton & Hochuli, P.L.C., 40 N. Central, Suite 2700, Phoenix, Arizona, 85004, and/or sleach@jshfirm.com.

5584225.1

1          DATED this 30th day of January, 2017.

2   BEAU GILBERT PLLC                    JONES, SKELTON & HOCHULI, P.L.C.

3

4   By /s/ Ashley Williams Hale (w/permission)   By /s/ Steven D. Leach
          Leo R. Beus                                  Steven D. Leach
5         Ashley Williams Hale                         Ravi V. Patel
          701 North 44th Street                        40 North Central Avenue, Suite 2700
6         Phoenix, Arizona  85008-6504                 Phoenix, Arizona  85004
          Attorneys for Defendant Mediaport,          Attorneys for Defendant Mediaport,
7         LLC, dba Arizona Jewish Life                 LLC, dba Arizona Jewish Life

8

9   ORIGINAL of the foregoing electronically filed
    this 30th day of January,  2017.
10
    COPY of the foregoing mailed/e-mailed
11  this 30th day of January, 2017, to:

12
    Guy D. Knoller
13  Law Offices of Guy David Knoller
    7321 North 16th Street
14  Phoenix, Arizona  85020
    Attorneys for Plaintiff
15
    Leo R. Beus
16  Ashley Williams Hale
    701 North 44th Street
17  Phoenix, Arizona  85008-6504

18
    /s/ Mary Creed
19

20

21

22

23

24

25

26

27

28

    5584225.1                                        2

Michael K Jeanes, Clerk of Court
*** Electronically Filed ***
T. Hays, Deputy
1/30/2017 3:20:00 PM
Filing ID 8058682

Steven D. Leach, Bar #011584
Ravi V. Patel, Bar #030184
JONES, SKELTON & HOCHULI, P.L.C.
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-7350
Fax: (602) 200-7873
sleach@jshfirm.com
rpatel@jshfirm.com
minuteentries@jshfirm.com

Attorneys for Defendant Mediaport, LLC dba
Arizona Jewish Life

## SUPERIOR COURT OF THE STATE OF ARIZONA

## COUNTY OF MARICOPA

| | |
|---|---|
| BERNABE ANDRE GOMEZ,<br><br>Plaintiff,<br><br>v.<br><br>MEDIAPORT, LLC, dba ARIZONA JEWISH LIFE,<br><br>Defendant. | NO. CV2016-055017<br><br>**DEFENDANT'S REPLY IN SUPPORT OF MOTION TO DISMISS**<br><br>(Assigned to the Honorable John Hannah) |

In his response to Defendant's motion to dismiss, Plaintiff Gomez does not disagree with Defendant's argument that A.R.S §44-1798.02 is inapplicable to his claim. For the reasons set forth in Defendant's Motion to Dismiss, dismissal is appropriate to the extent as to Plaintiff's claim under A.R.S. §44-1798.02.

Plaintiff argues that his complaint nevertheless sets forth a claim for common law breach of contract and has submitted a separate Motion to Amend with a proposed amended complaint reflecting his intent to proceed as a breach of contract claim. Defendants do not oppose such an amendment, as reflected in Exhibit 1 to Plaintiff's Motion to Amend.

1   DATED this 30th day of January, 2017.

2                                        JONES, SKELTON & HOCHULI, P.L.C.

3

4                                   By /s/ Steven D. Leach
                                        Steven D. Leach
5                                       Ravi V. Patel
                                        40 North Central Avenue, Suite 2700
6                                       Phoenix, Arizona  85004
                                        Attorneys for Defendant MEDIAPORT,
7                                       LLC, dba ARIZONA JEWISH LIFE

8
   ORIGINAL of the foregoing electronically filed
9   this 30th day of January, 2017.

10  COPY of the foregoing mailed/e-mailed
   this 30th day of January, 2017, to:
11
   Guy D. Knoller
12  Law Offices of Guy David Knoller
   7321 North 16th Street
13  Phoenix, Arizona  85020
   Attorneys for Plaintiff
14
   /s/ Mary Creed
15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                        2

Michael K. Jeanes, Clerk of Court
*** Electronically Filed ***
02/06/2017 8:00 AM

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2016-055017                                              02/02/2017

                                              CLERK OF THE COURT
HONORABLE JOHN R. HANNAH JR                   W. Tenoever
                                              Deputy


BERNABE ANDRE GOMEZ                   GUY D KNOLLER

v.

MEDIAPORT L L C                       STEVEN D LEACH


                                      LEO R BEUS
                                      DOCKET - NE


## SUBSTITUTION OF COUNSEL


    At the request of the defendant'

    IT IS ORDERED substituting Steven D. Leach and Ravi V. Patel of the law firm of
Jones, Skelton and Hochuli, P.L.C., in lieu of Leo R. Beus and Ashley Williams Hales of the law
firm of Beus Gilbert, PLLC, as counsel of record for Defendant Mediaport, LLC dba Arizona
Jewish Life. Effective immediately, please direct all further correspondence and other materials
to the following:

        Steven D. Leach, Ravi V. Patel
        Jones, Skelton & Hochuli, P.L.C.
        40 N. Central, Suite 2700
        Phoenix, Arizona, 85004
        and/or sleach@jshfirm.com

1

Guy D. Knoller - #002803
Law Offices of Guy David Knoller, P.L.L.C.
7321 North 16th Street
Phoenix, Arizona 85020
(602) 254-6044
E-Mail: guydknoller@gmail.com

2

3

4

5

6

Attorney for Plaintiff

7

**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

8

**IN AND FOR THE COUNTY OF MARICOPA**

9

10

| | |
|---|---|
| BERNABE ANDRE GOMEZ | No.  CV2016-055017 |
| Plaintiff, | **NOTICE OF ERRATA** |
| vs. | |
| MEDIAPORT, LLC, dba ARIZONA JEWISH LIFE | (Assigned to the Honorable John Hannah) |
| Defendants. | |

11

12

13

14

15

16

17

18

Plaintiff hereby submits this Notice of Errata to correct the previously filed

19

Motion to Amend Complaint filed on January 18, 2017.  Due to an administrative error,

20

an incorrect First Amended Complaint was filed as Exhibit 1.

21

22

A copy of the correct proposed First Amended Complaint is included herewith as

23

Exhibit 1.

24

25

Respectfully submitted this 15th day of February 2017.

26

27

28

/s/ Guy D. Knoller
Guy D. Knoller
Attorney for Plaintiff

# EXHIBIT 1

1  Guy D. Knoller - #002803
   Law Offices of Guy David Knoller, P.L.L.C.
2  7321 North 16th Street
3  Phoenix, Arizona 85020
   (602) 254-6044
4  E-Mail: guydknoller@gmail.com
5
6  Attorney for Plaintiff
7              IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
8                  IN AND FOR THE COUNTY OF MARICOPA
9

| | |
|---|---|
| BERNABE ANDRE GOMEZ | No. |
| Plaintiff, | **FIRST AMENDED COMPLAINT** |
| vs. | **(Demand for Jury Trial)** |
| MEDIAPORT,   LLC,   dba   ARIZONA JEWISH LIFE | |
| Defendants. | |

18     Plaintiff alleges:
19                       FIRST CLAIM FOR RELIEF
20
21                          (Breach of Contract)
22     1.    Plaintiff is a resident of Maricopa County, Arizona.
23     2.    Defendant is an Oregon company qualified to do business in Arizona and
24
   has its principal place of business in Maricopa County, Arizona.
25
26     3.    Plaintiff was employed by Defendant from for approximately 10 months
27  ending on or about November 25, 2016.
28
       4.    Plaintiff was a salesperson for Defendant.

5.     There existed a compensation agreement between Plaintiff and Defendant whereby Plaintiff was to receive until December 2016 a monthly salary of $1500 and a commission on all sales of 15%.

6.     The compensation agreement provided that starting in December 2016 Plaintiff would no longer receive a salary, but would earn a commission of 25% of sales.

7.     Defendant has wrongfully and falsely taken the position that Plaintiff has been paid everything to which he was entitled. ~~in contravention of A.R.S. Sec. 44-1798.02.~~

8.     Plaintiff obtained contracts payable monthly for the next year totaling approximately $80,000 for which Plaintiff would be entitled to 25% or $20,000.00.

9.     Defendant is in breach of the sales commission agreement with Plaintiff.

10.    Plaintiff has been and will be damaged by Defendant's breach of contract.

11.    A.R.S. §§~~44-1798.02  and~~ 12-341 provide for an award of attorneys' fees and costs.

~~12. A.R.S. §44-1798.02 C provides for an award of treble damages.~~

WHEREFORE Plaintiff requests:

1.     Judgment for all commissions due;

2.     For an order that the remaining commissions be paid when due;

3.     For reasonable attorneys' fees and costs incurred herein; and,

4.     For such other relief this court deems appropriate.

SECOND CLAIM FOR RELIEF

(Non-Payment of Overtime)

2

1.    The preceding allegations of the First Amended Complaint are incorporated by reference herein.

2.    During the time Plaintiff worked he worked more than 40 hours in a week but did not receive overtime pay, or any pay for that time, at the rate of time and one-half in violation of the Fair Labor Standards Act, 29 U.S.C. Sec. 206.

3.    The overtime hours for which Plaintiff was not compensated and for which he was entitled to receive time and one-half are as follows: (a) 1 hour attendance at weekly sales meetings; (b) 2 days/month usually around mid-month 4-6 hours to review magazine proofs (10 hours monthly); (c) various events attended—Dolphinanis grand opening Dec. 19, 5pm-11pm (6 hours), ADL dinner 6pm to 11pm (5 hours), Now Gen Women in Power September 29 6pm to 10pm (4 hours), JNF Breakfast March 29 6am to 9am (3 hours), Diamondbacks Jewish day August 28 9am to 6pm (9 hours), Circus at Talking Sticks June 23 5pm to 10pm (5 hours), Tom Ha'atzmauf at JCC May 15 9am to 5pm (8 hours), Sales Dinner July 6pm to 11pm (5 hours), and Saguaro Scottsdale re-Grand opening Nov.4 6pm to 10pm (4 hours).

4.    Plaintiff was also asked to re-work and audit videos he made for a total of 5 videos for a total of 150 hours outside his normal workweek.

3

5.  Plaintiff also worked an additional 8 hours per week overtime in addition to that stated above.

6.  Defendant failed to keep time records as required by the FLSA.

7.  Defendant's violation of the FLSA was willful.

8.  Plaintiff was not exempt under the FLSA.

9.  Plaintiff is entitled to mandatory attorneys fees and costs under the FLSA.

10. Plaintiff is entitled to liquidated damages under the FLSA.

WHEREFORE Plaintiff requests:

1.  For damages in an amount to be determined at trial;

2.  For reasonable attorneys fees and costs which are mandated for Plaintiff under the FLSA;

3.  For liquidated damages under the FLSA (double the amount of actual damages found due); and,

4.  For such other relief this Court s

5.  Deems appropriate.

Respectfully submitted this ___ day of _____, 2017.

Copy of the foregoing emailed to:

Attorneys for Defendant

Steven Leach

Jones, Skelton and Hoculi

/s/ Debbie A. Wallen DATED this 9th day of December 2016.

4

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

_____

Guy D. Knoller
Attorney for Plaintiff

5

1

2    ORIGINAL filed this 15th day
3    of February 2017 with:

4    Clerk of Superior Court

5
     And a copy mailed this 15th
6    day of February 2017 to:

7
     Honorable John Hannah
8    Judge of the Superior Court
     Northeast Court-G
9    18380 N. 40th Street
10   Phoenix, AZ  85032

11
     Leo R. Beus
12   Ashley Williams Hale
     Beus Gilbert PLLC
13   701 North 44th Street
14   Phoenix, AZ  85008-6504
     Attorneys for Defendant
15

16
     /s/ Debbie A. Wallen
17   Debbie A. Wallen

18

19

20

21

22

23

24

25

26

27

28

2

Michael K. Jeanes, Clerk of Court
*** Electronically Filed ***
02/28/2017 8:00 AM

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2016-055017                                      02/24/2017

                                      CLERK OF THE COURT
HONORABLE JOHN R. HANNAH JR            W. Tenoever
                                       Deputy


BERNABE ANDRE GOMEZ              GUY D KNOLLER

v.

MEDIAPORT L L C                 STEVEN D LEACH


### RULING

The defendant having stated that it does not object,

IT IS ORDERED the plaintiff's Motion to Amend Complaint is granted.  The plaintiff shall file the First Amended Complaint within ten days of the date on which the Clerk files this minute entry order.

IT IS FURTHER ORDERED the defendant's Rule 12(b)(6) motion to dismiss is denied as moot.

1  Guy D. Knoller - #002803
   Law Offices of Guy David Knoller, P.L.L.C.
2  7321 North 16th Street
   Phoenix, Arizona 85020
3  (602) 254-6044
   E-Mail: guydknoller@gmail.com
4

5

6  Attorney for Plaintiff

7  **IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

8  **IN AND FOR THE COUNTY OF MARICOPA**

9

| | |
|---|---|
| 10  BERNABE ANDRE GOMEZ | No.   CV2016-055017 |
| 11 | **FIRST AMENDED COMPLAINT** |
| 12                 Plaintiff, | **(Demand for Jury Trial)** |
| 13  vs. | |
| 14 | |
|    MEDIAPORT,  LLC,  dba  ARIZONA | |
| 15  JEWISH LIFE | |
| 16                 Defendants. | |
| 17 | |

18      Plaintiff alleges:

19                **FIRST CLAIM FOR RELIEF**
                       (Breach of Contract)
20

21      1.      Plaintiff is a resident of Maricopa County, Arizona.
22
        2.      Defendant is an Oregon company qualified to do business in Arizona and
23
24  has its principal place of business in Maricopa County, Arizona.

25      3.      Plaintiff was employed by Defendant from for approximately 10 months
26
    ending on or about November 25, 2016.
27
28      4.      Plaintiff was a salesperson for Defendant.

5.      There existed a compensation agreement between Plaintiff and Defendant whereby Plaintiff was to receive until December 2016 a monthly salary of $1500 and a commission on all sales of 15%.

6.      The compensation agreement provided that starting in December 2016 Plaintiff would no longer receive a salary, but would earn a commission of 25% of sales.

7.      Defendant has wrongfully and falsely taken the position that Plaintiff has been paid everything to which he was entitled.

8.      Plaintiff obtained contracts payable monthly for the next year totaling approximately $80,000 for which Plaintiff would be entitled to 25% or $20,000.00.

9.      Defendant is in breach of the sales commission agreement with Plaintiff.

10.     Plaintiff has been and will be damaged by Defendant's breach of contract.

11.     A.R.S. §12-341 provides for an award of attorneys' fees and costs.

WHEREFORE Plaintiff requests:

1.      Judgment for all commissions due;

2.      For an order that the remaining commissions be paid when due;

3.      For reasonable attorneys' fees and costs incurred herein; and,

4.      For such other relief this court deems appropriate.

**SECOND CLAIM FOR RELIEF**
(Non-Payment of Overtime)

1.      The preceding allegations of the First Amended Complaint are incorporated by reference herein.

2

2.     During the time Plaintiff worked he worked more than 40 hours in a week but did not receive overtime pay, or any pay for that time, at the rate of time and one-half in violation of the Fair Labor Standards Act, 29 U.S.C. §206.

3.     The overtime hours for which Plaintiff was not compensated and for which he was entitled to receive time and one-half are as follows:     (a) 1 hour attendance at weekly sales meetings; (b) 2 days/month usually around mid-month 4-6 hours to review magazine proofs (10 hours monthly); (c) various events attended—Dolphinanis grand opening Dec. 19, 5pm-11pm (6 hours), ADL dinner  6pm to 11pm (5 hours), Now Gen Women in Power September 29 6pm to 10pm (4 hours), JNF Breakfast March 29 6am to 9am (3 hours), Diamondbacks Jewish day August 28 9am to 6pm (9 hours),Circus at Talking Sticks June 23 5pm to 10pm (5 hours), Tom Ha'atzmauf at JCC May 15 9am to 5pm (8 hours),Sales Dinner July 6pm to 11pm (5 hours), and Saguaro Scottsdale re-Grand opening Nov. 4 6pm to 10pm (4 hours).

4.     Plaintiff was also asked to re-work and audit videos he made for a total of 5 videos for a total of 150 hours outside his normal workweek.

5.     Plaintiff also worked an additional 8 hours per week overtime in addition to that stated above.

6.     Defendant failed to keep time records as required by the FLSA.

7.     Defendant's violation of the FLSA was willful.

8.     Plaintiff was not exempt under the FLSA.

9.     Plaintiff is entitled to mandatory attorneys fees and costs under the FLSA.

10.     Plaintiff is entitled to liquidated damages under the FLSA.

3

WHEREFORE Plaintiff requests:

1. For damages in an amount to be determined at trial;

2. For reasonable attorneys fees and costs which are mandated for Plaintiff under the FLSA;

3. For liquidated damages under the FLSA (double the amount of actual damages found due); and,

4. For such other relief as this Court deems appropriate.

Respectfully submitted this 1st day of March, 2017.


/s/ Guy D. Knoller
Guy D. Knoller
Attorney for Plaintiff

ORIGINAL filed this 1st day of
March, 2017 with:

Clerk of Superior Court

And a copy of the foregoing emailed to:

Steven Leach
Jones, Skelton and Hoculi
Attorneys for Defendant
sleach@jshfirm.com


/s/ Debbie A. Wallen
Debbie A. Wallen

4

**EXHIBIT C**

1
2
3
4
5
6
7

Steven D. Leach, Bar #011584
Ravi V. Patel, Bar #030184
JONES, SKELTON & HOCHULI, P.L.C.
40 North Central Avenue, Suite 2700
Phoenix, Arizona  85004
Telephone:  (602) 263-7350
Fax:  (602) 200-7873
sleach@jshfirm.com
rpatel@jshfirm.com
minuteentries@jshfirm.com
Attorneys for Defendant Mediaport, LLC dba
Arizona Jewish Life

8

## SUPERIOR COURT OF THE STATE OF ARIZONA

9

## COUNTY OF MARICOPA

10
11
12
13
14
15

BERNABE ANDRE GOMEZ,

Plaintiff,

v.

MEDIAPORT, LLC, dba ARIZONA JEWISH
LIFE,

Defendant.

NO. CV2016-055017

**NOTICE OF FILING NOTICE OF
REMOVAL**

(Assigned to the Honorable John
Hannah)

16
17

TO:    CLERK OF THE COURT
          MARICOPA COUNTY SUPERIOR COURT

18
19
20
21

        Please take notice that Defendant MediaPort, LLC, dba Arizona Jewish
Life, has on this date filed a Notice of Removal to United States District Court, for the
District of Arizona.    A copy of said Notice is attached hereto as **Exhibit A** (without the
exhibits.

22

        DATED this 15th day of March, 2017.

23
24
25
26
27
28

                                        JONES, SKELTON & HOCHULI, P.L.C.


                                        By /s/ Ravi V. Patel
                                            Steven D. Leach
                                            Ravi V. Patel
                                            40 North Central Avenue, Suite 2700
                                            Phoenix, Arizona  85004
                                            Attorneys for Defendant MEDIAPORT,
                                            LLC, dba ARIZONA JEWISH LIFE

5664085.1

1

2

ORIGINAL of the foregoing electronically filed
this 15th day of March, 2017.

COPY of the foregoing mailed/e-mailed
this 15th day of March, 2017, to:

3

4

5

6

7

Guy D. Knoller
Law Offices of Guy David Knoller
7321 North 16th Street
Phoenix, Arizona  85020
Attorneys for Plaintiff

/s/ Mary Creed

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5664085.1                                    2