UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

---

| | |
|---|---|
| **Plaintiff(s):** Bernabe Andre Gomez | **Defendant(s):** Mediaport, LLC dba Arizona Jewish Life |
| County of Residence: Maricopa | County of Residence: Maricopa |
| County Where Claim For Relief Arose: Maricopa | |

Plaintiff's Atty(s):

**Guy David Knoller , Attorney**
**Law Offices of Guy David Knoller PLLC**
**7321 North 16th Street**
**Phoenix, Arizona  85020**
**602-254-6044**

Defendant's Atty(s):

Steven D Leach , Attorney
Jones, Skelton & Hochuli
40 N. Central, Suite 2700
Phoenix, Arizona  85004
602-263-7350

Ravi V Patel , Attorney
Jones, Skelton & Hochuli
40 N. Central, Suite 2700
Phoenix, Arizona  85004
602-263-4438

---

**REMOVAL FROM MARICOPA COUNTY, CASE #CV2016-055017**

<u>II. Basis of Jurisdiction</u>:      **3. Federal Question (U.S. not a party)**

<u>III. Citizenship of Principal Parties</u> **(Diversity Cases Only)**
　　　　Plaintiff:- **N/A**
　　　　Defendant:- **N/A**

<u>IV. Origin</u> :      **2. Removed From State Court**

<u>V. Nature of Suit</u>:	**710 Fair Labor Standards Act**

<u>VI. Cause of Action:</u>	**Claim Under Fair Labor Standards Act**

<u>VII. Requested in Complaint</u>

    Class Action: **No**
    Dollar Demand:
    Jury Demand: **Yes**

<u>VIII. This case</u> **is not related** to another case.

---

**Signature:** <u>Ravi V. Patel</u>

    **Date:** <u>3/15/2017</u>

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.**

**Revised: 01/2014**