# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bernabe Andre Gomez,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Mediaport LLC,<br><br>　　　　Defendant. | No. CV-17-00783-PHX-ROS<br><br>**ORDER** |

　　　Pursuant to the Parties' Stipulation to Dismiss with Prejudice (Doc. 10),

　　　**IT IS ORDERED** this action is dismissed with prejudice, the parties to bear their own attorneys' fees and costs.

　　　Dated this 19th day of May, 2017.

　　　　　　　　　　　　　　　　　　　　　Honorable Roslyn O. Silver
　　　　　　　　　　　　　　　　　　　　　Senior United States District Judge